

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2014

No. 04-13-00803-CV

Denise **MCVEA** and Auris Project, Inc.,
Appellants

v.

James Michael **KISSLER**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-14927
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file brief is GRANTED. Appellant's brief must be filed no later than July 2, 2014. **Further requests for extensions will be disfavored**.

The electronic appellate record is available for inspection by appellant at the clerk's office of the Fourth Court of Appeals. *See* 4TH TEX. APP. (SAN ANTONIO) LOC. R. 10A ("Pro se parties may inspect the record only on the premises of the court.").

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court